**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

WILLIAM A. JOHNSON,

    Petitioner

     v.

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

:   No. 41 MM 2023
:
:
:
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

  **AND NOW**, this 2nd day of August, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.